**UNITED STATES of America,**

v.

**Jonathan OROZCO, a/k/a El Gordo, a/k/a Gordo, Jonathan Orozco, Appellant.**

No. 02–2969.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) July 15, 2003.

Decided July 24, 2003.

Before McKEE, BARRY, and ROSENN, Circuit Judges.

OPINION OF THE COURT

McKEE, Circuit Judge.

Jonathan Orozco pled guilty to an indictment charging him with conspiracy to distribute 5 or more kilograms of cocaine and 50 or more kilograms of marijuana in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A). Thereafter, he filed the instant appeal.

Counsel for Orozco has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967) in which he claims that he has undertaken a conscientious review of the record and

that there are no nonfrivolous issues for appeal. Inasmuch as we agree that there are no nonfrivolous issues for appeal, we will affirm the judgment of the district court. Counsel's motion to withdraw is granted.